JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ELECTRONICS CORPORATION, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:17-cv-08871-AB-RAO<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(A)<br><br>Hon. André Birotte Jr. |

This matter is before the Court on the Parties' Stipulation and Joint Motion to Transfer Pursuant to 28 U.S.C. 1404(a). Having reviewed the matter, the Court has determined that it should be GRANTED.

The Clerk is hereby directed to TRANSFER this matter in its entirety to the United States District Court for the Northern District of Illinois, Eastern Division.

IT IS SO ORDERED.

Dated: April 02, 2018

André Birotte Jr.
United States District Judge

-1-