ACCO,(RAOx),AO120,CLOSED,DISCOVERY,MANADR,RELATED−G,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:17−cv−08871−AB−RAO

| | |
|---|---|
| Timely Inventions, LLC v. Cobra Electronics Corporation | Date Filed: 12/08/2017 |
| Assigned to: Judge Andre Birotte Jr | Date Terminated: 04/02/2018 |
| Referred to: Magistrate Judge Rozella A. Oliver | Jury Demand: Plaintiff |
| Related Case: 2:17−cv−08172−AB−RAO | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Timely Inventions, LLC**<br>*a Delaware Limited Liability Company* | represented by | **Anne Wang**<br>Lewis Roca Rothgerber Christie LLP<br>655 North Central Ave., Suite 2300<br>Glendale, CA 91203−1445<br>626−795−9900<br>Fax: 626−577−8800<br>Email: awang@lrrc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Syed A Hasan**<br>Lewis Roca Rothgerber Christie LLP<br>655 North Central Avenue Suite 2300<br>Glendale, CA 91203−1445<br>626−795−9900<br>Fax: 626−577−8800<br>Email: ahasan@lrrc.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Cobra Electronics Corporation**
*a Delaware Corporation*


| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2017 | Ï 1 | COMPLAINT Receipt No: 0973−20942347 – Fee: $400, filed by Plaintiff Timely Inventions, LLC. (Attachments: # 1 Exhibit A−B) (Attorney Syed A Hasan added to party Timely Inventions, LLC(pty:pla))(Hasan, Syed) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Timely Inventions, LLC. (Hasan, Syed) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC. (Hasan, Syed) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 4 | *Certification and* NOTICE of Interested Parties filed by Plaintiff Timely Inventions, LLC, (Hasan, Syed) (Entered: 12/08/2017) |

| | | |
|---|---|---|
| 12/08/2017 | Ï 5 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Timely Inventions, LLC (Hasan, Syed) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 6 | NOTICE of Related Case(s) filed by Plaintiff Timely Inventions, LLC. Related Case(s): 2:17−cv−08172−AB−RAO and 2:17−cv−08173−AB−RAO (Hasan, Syed) (Entered: 12/08/2017) |
| 12/08/2017 | Ï 7 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Timely Inventions, LLC. (Hasan, Syed) (Entered: 12/08/2017) |
| 12/11/2017 | Ï 8 | NOTICE OF ASSIGNMENT to District Judge Otis D. Wright, II and Magistrate Judge Charles F. Eick. (jtil) (Entered: 12/11/2017) |
| 12/11/2017 | Ï 9 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 12/11/2017) |
| 12/12/2017 | Ï 10 | MINUTE ORDER IN CHAMBERS by Judge Otis D Wright, II: This action has been assigned to the calendar of Judge Otis D. Wright II. Counsel are STRONGLY encouraged to review the Central Districts website for additional information. (SEE DOCUMENT FOR SPECIFIC FILING REQUIREMENTS AND INFORMATION; PLEASE refer to Local Rule 79−5 for the submission of CIVIL ONLY SEALED DOCUMENTS. CRIMINAL SEALED DOCUMENTS will remain the same. all proposed sealed documents must be submitted via e−mail to the Judges Chambers email address, EXCLUDING those submitted by pro se parties and IN CAMERA filings, which shall continue to comply with Local Rule 79−5.1. Please refer to the Judges procedures and schedules for detailed instructions for submission of sealed documents. (lc) (Entered: 12/12/2017) |
| 12/12/2017 | Ï 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Cobra Electronics Corporation. (jtil) (Entered: 12/12/2017) |
| 12/28/2017 | Ï 12 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16−05−Related Case− filed. Related Case No: 2:17−cv−08172 AB(RAOx). Case transferred from Magistrate Judge Charles F. Eick and Judge Otis D. Wright, II to Judge Andre Birotte Jr and Magistrate Judge Rozella A. Oliver for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:17−cv−08871 AB(RAOx). Signed by Judge Andre Birotte Jr (rn) (Entered: 12/28/2017) |
| 12/29/2017 | Ï 13 | STANDING ORDER upon filing of the complaint by Judge Andre Birotte Jr. (iv) (Entered: 12/29/2017) |
| 01/16/2018 | Ï 14 | PROOF OF SERVICE Executed by Plaintiff Timely Inventions, LLC, upon Defendant Cobra Electronics Corporation served on 12/27/2017, answer due 1/17/2018. Service of the Summons and Complaint were executed upon Sandy Maxey, Agent for Service of Process, in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Hasan, Syed) (Entered: 01/16/2018) |
| 01/17/2018 | Ï 15 | STIPULATION Extending Time to Answer the complaint as to Cobra Electronics Corporation answer now due 1/31/2018, re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC.(Hasan, Syed) (Entered: 01/17/2018) |
| 01/31/2018 | Ï 16 | Second STIPULATION Extending Time to Answer the complaint as to Cobra Electronics Corporation answer now due 2/14/2018, re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC.(Hasan, Syed) (Entered: 01/31/2018) |
| 02/14/2018 | Ï 17 | Third STIPULATION for Extension of Time to File Answer to 2/28/18 re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC. (Attachments: # 1 Proposed Order)(Hasan, Syed) (Entered: 02/14/2018) |
| 02/16/2018 | Ï 18 | ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT by Judge Andre Birotte Jr. The Court having considered the stipulation 17 , IT IS ORDERED that Cobra Electronics Corporation, must respond to the initial Complaint by February |

| | | |
|---|---|---|
| | | 28, 2018. (iv) (Entered: 02/16/2018) |
| 02/28/2018 | 19 | Fourth STIPULATION for Extension of Time to File Answer to March 14, 2018 re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC. (Attachments: # 1 Proposed Order)(Hasan, Syed) (Entered: 02/28/2018) |
| 03/06/2018 | 20 | ORDER GRANTING FOURTH STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT 19 by Judge Andre Birotte Jr that the time in which Defendant, Cobra Electronics Corporation, must respond to the initial Complaint in this action is extended from February 28, 2018 to March 14, 2018. (jp) (Entered: 03/06/2018) |
| 03/14/2018 | 21 | Fifth STIPULATION for Extension of Time to File Answer to March 28, 2018 re Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Timely Inventions, LLC. (Attachments: # 1 Proposed Order)(Hasan, Syed) (Entered: 03/14/2018) |
| 03/26/2018 | 22 | ORDER by Judge Andre Birotte Jr GRANTING FIFTH Stipulation to Extend Time to Answer Complaint (More than 30 days) 21 . IT IS ORDERED that the time in which Defendant, Cobra Electronics Corporation, must respond to the initial Complaint in this action is extended from March 14, 2018 to March 28, 2018. (shb) (Entered: 03/26/2018) |
| 03/28/2018 | 23 | STIPULATION to Transfer Case to U.S. District Court for the Northern District of Illinois, Eastern Division filed by Plaintiff Timely Inventions, LLC. (Attachments: # 1 Proposed Order)(Hasan, Syed) (Entered: 03/28/2018) |
| 04/02/2018 | 24 | ORDER GRANTING STIPULATION AND JOINT MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(A) by Judge Andre Birotte Jr.: The Court has determined that the Stipulation and Joint Motion 23 should be GRANTED. The Clerk is hereby directed to TRANSFER this matter in its entirety to the United States District Court for the Northern District of Illinois, Eastern Division. Case transferred electronically. (MD JS−6. Case Terminated.) (gk) (Entered: 04/02/2018) |