

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

April 3, 2018

Re: Timely Inventions, LLC v. Cobra Electronics Corporation

USDC Case Number**: 2:17-cv-08871**
This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the California Central The case has been assigned number 1:18-cv-02374 to the Honorable John Z. Lee .

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court requires that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at:   www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

                Sincerely yours,
                Thomas G. Bruton, Clerk


                By:    /s/ N. Finley
                          Deputy Clerk